**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CRAIN CDJ LLC,** *et al.*                                                                          **PLAINTIFFS**

**v.**                                          **4:08CV03605-WRW**

**REGENCY CONVERSIONS LLC** *et al.*                                                  **DEFENDANTS**

## ORDER

Pending is Defendant Karl Petrie and Kraig Knight's Motion to Compel Discovery (Doc. No. 48). Plaintiff has responded.[1] Plaintiffs' Response concedes that they have not provided certain information requested in discovery.[2] Plaintiffs assert that they do not yet have the requested information, but expect to be able to provide the information within two weeks.

Defendants' Motion to Compel is DENIED without prejudice. Plaintiffs are directed to provide Defendants with the requested discovery information by 5:00 p.m., Tuesday, September 29, 2009. Defendants may refile their motion to compel if they remain unsatisfied with Defendants responses.

IT IS SO ORDERED this 22nd day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 50.

[2] Doc. No. 51.